JOSEPHINE A. HABIRSHAW, Respondent, *v.* THUSNELDA ISLER et al., Defendants, and THE PEOPLE OF THE STATE OF NEW YORK, Appellant, and M. JULIA MOFFETT et al., Respondents. (Actions 1, 2 and 3.)

*Habirshaw* v. *Isler,* 119 App. Div. 890, affirmed. (Argued October 3, 1907; decided October 22, 1907.)

APPEAL in each of the above-entitled proceedings from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 24, 1907, which affirmed an order of Special Term confirming the report of a referee in surplus money proceedings.

*William Schuyler Jackson, Attorney-General (James A. Donnelly* of counsel), for appellant.

*Lewis C. Grover, George L. Stamm* and *John J. Gleason* for respondents.

Orders affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.